IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HUDSON HOMES & DESIGNS, LLC**  **PLAINTIFF**

v.   **CASE NO. 4:20-CV-00720-BSM**

**JOSHUA KENNEDY,** *et al.*  **DEFENDANTS**


**CHRIS NELSON CONSTRUCTION, LLC**  **CROSS-CLAIMANT**

v.

**JOSHUA KENNEDY,** *et al.*  **CROSS-DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE